UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-0310 |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL OF INDICTMENT AND JUDGMENT** |
| v. | ) ) | |
| EDGAR PULIDO, | ) ) | |
| Defendant. | ) ) ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 13-CR-0310 against defendant EDGAR PULIDO be dismissed without prejudice.

DATED: April 24, 2013

_____
HON. DANA M. SABRAW
United States District Judge